UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-041-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING PETITION FOR MANDAMUS** |
| GURPINDER SANDHU, | |
| Defendant. | |

On December 1, 2016, Defendant Gurpinder Sandhu filed a pro se inmate "PETITION FOR MANDAMUS", in which he seeks to have either the Federal Defender or the Clerk of this Court provide him with the following: "(1) a copy of the plea hearing transcripts; (2) a copy of the plea colloquy that the judge performed; and (3) a copy of the sentencing transcripts." ECF No. 69 at 2. On December 5, 2016, the Federal Defender responded as follows: "The Federal Defender received [Petitioner's] requests but has been unable to send him the same requested documents he asked for from the Court because the Federal Defender does not have these documents." ECF No. 70 at 1:20-22.

The judgment on Petitioner's sentence was entered in this criminal case on March 21, 2016. ECF No. 51. Petitioner has not shown he is entitled to the mandamus relief he seeks, since it is unclear why the request is made and under what authority it is made.

Section 753(f) of Title 28, United States Code, states in pertinent part:

> Each reporter may charge and collect fees for

>transcripts requested by the parties . . . at rates prescribed by the court subject to the approval of the Judicial Conference. . . . Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal. Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question).

28 U.S.C. § 753(f).

Since Petitioner has not made the particularized showing for transcripts required by § 753(f), or provided other authority establishing that he is entitled to the mandamus relief he seeks, his PETITION FOR MANDAMUS is denied.

Dated: December 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2