1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:15-cr-0041-GEB-EFB P

12              Respondent,

13        v.                                ORDER

14   GURPINDER SANDHU,

15              Movant.

16

17        Movant, who proceeds without counsel, has filed a motion to vacate, set aside, or correct

18   his sentence pursuant to 28 U.S.C. § 2255.[1]  ECF No. 75.  The court has directed respondent to

19   file a response to the motion and respondent has sought an extension of time to so comply.  ECF

20   Nos. 77, 87.  However, after review of the file, the court has determined that the interests of

21   justice require appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v.*

22   *Look*, 718 F.2d 952, 954 (9th Cir. 1983); *United States v. Duarte-Higareda*, 68 F.3d 369, 370 (9th

23   Cir. 1995).

24        Accordingly, IT IS HEREBY ORDERED that:

25        1.    The briefing schedule on movant's motion is stayed pending further order of the

26   court and respondent's motion for an extension of time (ECF No. 87) is denied as moot.

27   _____

28   [1]  This motion was assigned, for statistical purposes, civil case number 2:17-cv-495-GEB-
     EFB.

                                              1

2.      The Federal Defender is appointed to represent movant.

3.      The Clerk of Court is directed to serve a copy of movant's motion (ECF No. 75) and this order on zzCAEml_Appointments_Habeas@FD.org.

4.      A status conference is set for July 26, 2017 at 10:00 a.m. in Courtroom No. 8.

5.      All parties shall appear at the status conference by counsel.

6.      Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

   a. Discovery and investigations;

   b. Anticipated motions;

   c. The need for and timing of an evidentiary hearing – including availability of witnesses;

   d. Possible future amendments to the pleadings.

7.      The parties are advised that failure to timely file a status report may result in sanctions.

DATED:   June 12, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE