Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Gurpinder Sandhu

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>GURPINDER SANDHU,<br><br>             Defendant. | CASE NO.  15-00041 JAM<br><br>REQUEST TO FILE UNDER SEAL AND PROPOSED ORDER |

   Pursuant to Local Rule 14(b), Defendant, GURPINDER SANDHU, by and through his Counsel, Dina L. Santos, respectfully requests an Order sealing Defendant's medical reports in support of his reply to Government's opposition to motion to reduce sentence.

   The Court may order documents to be filed under seal.  While the press and the public have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. See Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1985).  It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest.  Id.  From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the closure order was properly entered.  Id.

   Here, the Defense seeks to file the exhibits under seal because of the nature of the information contained within the documents. The information within the documents contains confidential medical information.

Respectfully Submitted,

Dated: November 3, 2020

   /s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Gurpinder Sandhu

### ORDER

Pursuant to Local Rule 14(b), and base upon the representation contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, DEFENDANTS MEDICAL RECORDS IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE, shall be sealed until further order of this Court.

November 3, 2020

   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE